UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division
**Case Number:  09-22773-CIV-MARTINEZ-BROWN**

ELIZAMA ARIAS MORA,
      Petitioner,

vs.

JOAN JOSE OLIVERA RIVA,
      Respondent.

_____/

## ORDER GRANTING EMERGENCY MOTION FOR SECOND *IN CAMERA* INTERVIEW WITH THE CHILD

THIS CAUSE came before the Court upon Petitioner's Emergency Motion for Second In Camera Interview with the Child (D.E. No. 45). After careful consideration, it is hereby:

**ORDERED AND ADJUDGED** that

Petitioner's Emergency Motion for Second In Camera Interview with the Child **(D.E. No. 45)** is **GRANTED**.  Both parties and the child, S.N.S.O.A., shall appear before the undersigned, United States District Judge Jose E. Martinez, at the United States Courthouse, 400 N. Miami Ave., Miami, Florida 33128 on **Wednesday, October 28, 2009 at 11:00 a.m.** The Court shall conduct a second *in camera* interview of S.N.S.O.A. in chambers.  At this interview, the undersigned, a judicial law clerk, a court reporter, and an interpreter provided by Petitioner shall be present.  Neither parent shall instruct the child on what she should say in this second interview.

DONE AND ORDERED in Chambers at Miami, Florida, this 26 day of October, 2009.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Brown
All Counsel of Record